ORD PTS12C (09/06)

OOA
11-1-19

Az. no: 19-8467MJ

**United States District Court**
**District of Oregon**

**Petition for Warrant for Defendant Under Pretrial Services Supervision**

| Name of Defendant | Date |
|---|---|
| Winston Shrout | March 5, 2019 |
| Name of Judicial Officer | Case Number |
| The Honorable Robert E. Jones, Senior U.S. District Judge | 3:15CR00438  JO |
| Original Offense | Date Supervision Commenced |
| Fictitious Obligations (13 counts); Willful Failure to File Return (6 counts) | March 31, 2016 |
| Bond Conditions Imposed: | |
| • The defendant shall appear at all proceedings as required and shall surrender for service of sentence imposed as directed. | |

**PETITIONING THE COURT**

To issue a warrant

**Nature of Noncompliance**

The defendant failed to surrender for service of sentence as ordered.

**U.S. Pretrial Services Officer Recommendation:**
Based upon the above allegations, probable cause has been established that a violation of pretrial release has been committed. It is recommended the Court order the issuance of a Warrant and order to show cause why the defendant's pretrial release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2019

_signature_
Christina Song
Senior U.S. Pretrial Services Officer

The Assistant U.S. Attorney has been notified and concurs with this issuance of a Warrant.

**THE COURT DIRECTS:**
☑ The Issuance of a Warrant (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ Other: _____

_signature_                                  March 5, 2019
Robert E. Jones, Senior U.S. District Judge        Date

PS 8(9/03)

# UNITED STATES DISTRICT COURT

For

## DISTRICT OF OREGON

U.S.A vs. Winston Shrout                                Docket No. 3:15CR00438-01 JO

TO: any United States Marshal or any other authorized officer

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT | DOB | SEX | RACE | AGE |
|---|---|---|---|---|
| Winston Shrout | | | | |

ADDRESS

TO BE BROUGHT BEFORE

**U.S. District Court, Portland, Oregon**

| **MARY L. MORAN** | s/J Norgate | 03/05/2019 |
|---|---|---|
| CLERK | (BY) Deputy Clerk | DATE |

## RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|

**EXECUTING AGENCY (NAME AND ADDRESS**

| NAME | (BY) | DATE |
|---|---|---|