# UNITED STATE DISTRICT COURT
## DISTRICT OF ARIZONA

☑ FILED    ___ LODGED
☐ RECEIVED    ___ COPY

NOV 5 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## WITNESS LIST --- CRIMINAL

☐ Motion to Suppress     ☒ Identity Hearing     ☐ Jury Trial

USA vs. Shrout, Winston      MJ-19-08467-01-PHX-JZB
Last, First, Middle Initial      Year-Case No-Deft No-Judge

☒ GOVERNMENT      ☐ DEFENDANT

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 1. | Ron Lindsay – USMS | G | 11.5.2019 | 11.5.2019 |
| 2. | Kathleen Neri – IRS | G | 11.5.2019 | 11.5.2019 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |